UNITED STATES OF AMERICA
EASTERN DISTRICT OF WISCONSIN

KARL JULIUS JAMES,

    Petitioner,                              **ORDER**

v.                                          Case No. 07-C-735

MICHAEL THURMER,

    Respondent.

---

       Petitioner's case, a petition brought pursuant to the All Writs Act, was dismissed on August 30, 2007. Since then, petitioner has filed a "motion for disqualification," a "motion for copy of margin order," a "motion to correct clerical mistakes" and a "motion to amend pleadings." Two of these motions have been denied by margin order. Further, the docket reflects that petitioner was sent a copy of the margin order denying that motion. A margin order is merely a computerized entry on the docket indicating that certain relief has been granted or denied. James' request for return of his tape was granted by margin order, and the motion for disqualification was denied. That is all the margin orders state. Finally, his motions to correct clerical mistakes and amend pleadings will be denied, as he does not cite any clerical mistakes in need of correction, nor does the other motion state any conceivable basis for relief. The motions are therefore **DENIED**, and the petitioner is directed to stop filing frivolous motions with this court or else he may face sanctions.

       SO ORDERED this   19th   day of September, 2007.

                                                           s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge